UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:19-CR-244-1D

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Phillip Xavier Armwood** | ) | |
| | ) | |

On February 14, 2020, Phillip Xavier Armwood appeared before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced to the custody of the Bureau of Prisons for a term of 72 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Phillip Xavier Armwood was released from custody and the term of supervised release commenced on July 24, 2024.

From evidence presented at the revocation hearing on October 29, 2025, the court finds as a fact that Phillip Xavier Armwood, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to refrain from excessive use of alcohol.
2. Criminal conduct.
3. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of nine months with no supervision to follow.

**IT IS RECOMMENDED** that the defendant receive the most intensive substance abuse treatment program available.

**IT IS RECOMMENDED** that the defendant receive the benefit of a vocational education program.

**IT IS RECOMMENDED** that the defendant be incarcerated at FCI Butner.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 30th day of October, 2025.

*/s/ Dever*
James C. Dever III
U.S. District Judge